UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Civil Action Number: 6:18-cv-00659-RBD-TBS

JUAN CARLOS GIL,

    Plaintiff,

v.

ORLANDO HEALTH, INC.,

    Defendant.

## JOINT NOTICE OF RESOLUTION

Plaintiff, JUAN CARLOS GIL, and Defendant, ORLANDO HEALTH, INC., hereby give notice that the Parties have reached a resolution as to all claims and matters in this case. The Parties respectfully request thirty (30) days to file a stipulated form of dismissal with this Court.

    Dated: January 17, 2019.

| | |
|---|---|
| *s/ Scott R. Dinin* | *s/ Andrea L. Diederich* |
| Scott R. Dinin, Esq. | Andrea L. Diederich, Esq. |
| Scott R. Dinin, P.A. | Marshall, Dennehey, Warner, |
| 4200 NW 7th Avenue | Coleman & Goggin |
| Miami, Florida 33127 | 315 East Robinson Street, Suite 550 |
| Tel: (786) 431-1333 | Orlando, Florida 32801 |
| Fax: (786) 513-7700 | Telephone: (407) 420-4404 |
| E-mail: inbox@dininlaw.com | Email: aldiederich@mdwcg.com |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

LEGAL/120408737.v1